**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2483**

ALEXANDER JIGGETTS,

       Plaintiff - Appellant,

   v.

JANSSEN PHARMACEUTICALS, INC.,

       Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge. (1:18-cv-03399-SAG)

Submitted: February 12, 2021             Decided: March 19, 2021

Before MOTZ and RUSHING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alexander Jiggetts, Appellant Pro Se. Brian A. Coleman, FAEGRE DRINKER BIDDLE & REATH, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Jiggetts appeals the district court's order granting summary judgment to the defendant in his civil case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jiggetts v. Janssen Pharm., Inc.*, No. 1:18-cv-03399-SAG (filed Nov. 25, 2019; entered Nov. 26, 2019). We deny the pending motions to appoint counsel and to strike. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
